## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10006-TMH<br><br>Jointly Administered<br><br>**Re: Docket No. 1596** |

### NOTICE OF APPEAL

Inmarsat Global Limited ("Inmarsat"), by and through its undersigned counsel, appeals under 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure from the *Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief* [Docket No. 1596] (the "Order") entered on April 2, 2026, which Order is based upon the reasoning stated by the Court at the hearing held on March 30, 2026 (the "Ruling").

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

Copies of the Order and Ruling are attached hereto as Exhibits A and B,

respectively.  The names of the parties to the Order and Opinion appealed from and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

| PARTIES: | COUNSEL: |
|---|---|
| Inmarsat Global Limited | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>        pkeane@pszjlaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin I. Finestone<br>Kate Scherling<br>295 5th Avenue<br>New York, NY  10016<br>Telephone: (212) 849-7000<br>Email: benjaminfinestone@quinnemanuel.com<br>        katescherling@quinnemanuel.com<br><br>John Bash<br>Matthew Scheck<br>Jacob C. Beach<br>300 West 6th St., Suite 2010<br>Austin, TX  78701<br>(737) 667-6100<br>Email: johnbash@quinnemanuel.com<br>        matthewscheck@quinnemanuel.com<br>        jacobbeach@quinnemanuel.com<br><br>-and-<br><br>**STEPTOE LLP**<br>Charles Michael<br>1114 Avenue of the Americas<br>New York, NY  10036 |

|  | Telephone: (212) 506-3900<br>Email: cmichael@steptoe.com<br><br>Alfred M. Mamlet<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>Telephone: (202) 429-3000<br>Email: amamlet@steptoe.com |
|---|---|
| Debtors | **RICHARDS, LAYTON & FINGER, P.A**.<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>javorsky@rlf.com<br><br>-and-<br><br>**MILBANK LLP**<br>Dennis F. Dunne, Esq. (*admitted pro hac vice*)<br>Matthew L. Brod, Esq. (*admitted pro hac vice*)<br>Lauren C. Doyle, Esq. (*admitted pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com<br>mbrod@milbank.com<br>ldoyle@milbank.com<br><br>**MILBANK LLP**<br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>Melanie Westover Yanez, Esq. (admitted *pro hac vice*)<br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone:  (202) 835-7500<br>Facsimile:  (202) 263-7586<br>Email: aleblanc@milbank.com |

| | |
|---|---|
| | mwyanez@milbank.com |
| AST & Science LLC | Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br><br><br>-and-<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Henry Hutten (admitted *pro hac vice*)<br>Alexander Rich (admitted *pro hac vice*)<br>Sarah Margolis (admitted *pro hac vice*)<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>174 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>Email: madlyn.primoff@freshfields.com<br>henry.hutten@freshfields.com<br>alexander.rich@freshfields.com<br>sarah.margolis@freshfields.com |

*[Remainder of page left blank]*

Dated: April 7, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
        pkeane@pszjlaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone
Kate Scherling
295 5th Avenue
New York, NY  10016
Telephone: (212) 849-7000
Email: benjaminfinestone@quinnemanuel.com
        katescherling@quinnemanuel.com

John Bash
Matthew Scheck
Jacob C. Beach
300 West 6th St., Suite 2010
Austin, TX  78701
(737) 667-6100
Email: johnbash@quinnemanuel.com
        matthewscheck@quinnemanuel.com
        jacobbeach@quinnemanuel.com

-and-

**STEPTOE LLP**
Charles Michael
1114 Avenue of the Americas
New York, NY  10036
Telephone: (212) 506-3900
Email: cmichael@steptoe.com

Alfred M. Mamlet
1330 Connecticut Avenue, NW
Washington, DC  20036

Telephone: (202) 429-3000
Email: amamlet@steptoe.com

*Counsel to Inmarsat Global Limited*

## Exhibit A

## Order on Appeal

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: <u>Docket No. 1508</u>** |
|  | ) |  |

**ORDER (I) TEMPORARILY
DELAYING LIGADO'S PERFORMANCE UNDER
<u>THE MEDIATED AGREEMENT AND (II) GRANTING RELATED RELIEF</u>**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned Debtors for entry of an order (this "<u>Order</u>"), pursuant to section 105(a) of the Bankruptcy Code (D.I. 1508), it is **HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth on the record at the March 30, 2026 hearing.

2.      AST shall deposit the $100 million March 31, 2026 payment (the "<u>Upcoming Cure Payment</u>") into an interest-bearing escrow account controlled by U.S. Bank, National Association no later than March 31, 2026.

3.      The Upcoming Cure Payment, with all accrued interest, shall be released upon the earlier of: (i) to Inmarsat upon the Effective Date, or (ii) subject to and upon further order of this Court.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4.   In the event of any inconsistencies between this Order and the terms of the escrow account, this Order shall control.

5.   Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6.   The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

7.   This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 2nd, 2026
Wilmington, Delaware

THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE

2